# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MANI KUMAR ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–00035–KES–CDB**

v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY ,

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/19/2026 .**

ENTERED:   **February 19, 2026**      /s/  **Keith Holland**
                                    Clerk of Court