

United States District Court
Eastern District of California

| MANI KUMAR | Case Number: | 1:26-cv-00035-KES-CDB |

Plaintiff(s)

V.

| Warden of the Golden State Annex ICE Detention Facility, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mohammad Akif Saleem hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

MANI KUMAR

On ___10/06/2010___ (date), I was admitted to practice and presently in good standing in the ___Appellate Division of the Supreme Court___ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:24-cv-01377-DB - PHV was filed 05/14/2024 and granted 05/17/2024, the matter is currently dismissed

2:24-cv-02744-CKD - PHV was filed on 10/08/2024 and granted 10/17/2024, the matter is currently dismissed

2:25-cv-02546 - PHV was filed 09/05/2025 and granted 09/16/2025, the matter is currently pending

Date:___02/18/2026___    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:     Mohammad Akif Saleem

Law Firm Name:     Davis Ndanusa Ikhals & Saleem LLP

Address:     26 Court Street

Suite 603

City:     Brooklyn     State:     New York     Zip:     11243

Phone Number w/Area Code:     (718) 783-6819

City and State of Residence:     New York, New York

Primary E-mail Address:     msaleem@dnislaw.com

Secondary E-mail Address:     yhassan@dnislaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     Jennifer Rozdzielski

Law Firm Name:     JR IMMIGRATION LAW

Address:     21250 Hawthorne Blvd.

Suite 500

City:     Torrance     State:     CA     Zip:     90503

Phone Number w/Area Code:     (310)792-7063     Bar #     273260

## ORDER

Dated:     February 19, 2026     _____

U.S. Magistrate Judge  Christopher D. Baker